IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRIAN TYRONE SCOTT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-18-395-SLP |
| BETSY HORMEL, et al., | ) |
| Defendants. | ) |

**O R D E R**

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered herein on April 27, 2018 [Doc. No. 5]. Judge Purcell recommended that Plaintiff's motion for leave to proceed *in forma pauperis* be denied and that this matter be dismissed without prejudice unless Plaintiff pays the full filing fee to the Clerk of Court by May 17, 2018. A review of the Court's Docket indicates that Plaintiff paid the full $400.00 filing fee on May 10, 2018.

Therefore, the Report and Recommendation [Doc. No. 5] is ADOPTED in its entirety, the Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 2] is DENIED and this matter is re-referred to United States Magistrate Judge Gary M. Purcell for further proceedings in accordance with the original referral entered herein on April 25, 2018.

IT IS SO ORDERED this 11th day of May, 2018.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE