IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

BRIAN TYRONE SCOTT,             )
                                )
        Plaintiff,               )
                                )
v.                              )    Case No. CIV-18-395-SLP
                                )
BETSY HORMEL, et al.,           )
                                )
        Defendants.              )

**O R D E R**

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered herein on June 22, 2018 [Doc. No. 19]. Judge Purcell recommended that Plaintiff's "Order to Show Cause for an [sic] Preliminary Injunction and a Temporary Restraining Order" [Doc. No. 11] be denied. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety Plaintiff's "Order to Show Cause for an [sic] Preliminary Injunction and a Temporary Restraining Order" is DENIED.

IT IS SO ORDERED this 24th day of July, 2018.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE